UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00303-APG-CWH |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AS TO SANDRA CEBREROS-GUEVARA AND EXTENDING THE DEADLINE TO FILE NOTICE OF APPEAL |
| v. | |
| SANDRA CEBREROS-GUEVARA, | |
| Defendant. | |

On June 11, 2013, William Carrico, counsel for Defendant SANDRA CEBREROS-GUEVARA, filed a Motion to Withdraw as Counsel based upon a conflict of interest. Because good cause exists for that withdrawal, that Motion will be granted and new counsel shall be appointed immediately.

Pursuant to Federal Rule of Appellate Procedure 4(b)(4), if good cause exists, "the district court may – before or after the time has expired, with or without motion and notice – extend the time to file a notice of appeal for a period not to exceed thirty days from the expiration of the time otherwise prescribed by this Rule 4(b)." Ms. Cebreros-Guevara has notified Mr. Carrico that she wishes to file a Notice of Appeal, which must be filed by June 20, 2013 (within 14 days of the June 6, 2013 entry of Judgment). Because Mr. Carrico is withdrawing as counsel of record, and because Ms. Cebreros-Guevara may not be able to retain new counsel in time to prepare and file her Notice of Appeal, good cause exists to extend the deadline by which Ms. Cebreros-Guevara must

file her Notice of Appeal. Accordingly, pursuant to Fed.R.App.Pro. 4(b)(4), the deadline by which she must file her Notice of Appeal shall be extended 30 days.

**IT IS HEREBY ORDERED** that William Carrico and the Office of the Federal Public Defender are relieved as counsel for Defendant **SANDRA CEBREROS-GUEVARA**. A CJA counsel shall be appointed as soon as possible.

**IT IS FURTHER ORDERED** that the deadline by which Defendant **SANDRA CEBREROS-GUEVARA** must file her Notice of Appeal is extended to July 8, 2013.

Dated this 14th day of June, 2013.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE